```
FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN 1 9 2012

CENTRAL DISTRICT OF CALIFORNIA
BY      shy              DEPUTY
```

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>                 vs.<br><br>Molina, Arturo Gomez<br><br>                          Defendant. | Case No.: SA12 - 293M<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

        The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___D. Nebraska___,
for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

        The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

        The Court finds that:

A.    (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on ___backgrd, cmty ties unknown. illegal immigration status; lack of bail resources; assoc w/multiple personal identifiers___

and/or

B.   (X) The defendant has not met his/her burden of establishing by clear and
convincing evidence that he/she is not likely to pose a danger to the safety of any
other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This
finding is based on _____ Criminal history record, incl
_____ prior conv for a narcotics traff. offense

IT THEREFORE IS ORDERED that the defendant be detained pending further
revocation proceedings.

DATED: _____ 6/19/12 _____

ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE